RECEIVED BY MAIL
OCT 1 0 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF MISSOURI Southern DIVISION 1:23CV178 SRW |
|---|---|
| Name (under which you were convicted): Fredrick Brown | Docket or Case No.: 18JE-CR02781-01 |
| Place of Confinement: Southeast Correctional Center | Prisoner No.: #1055846 |
| Petitioner: (include the name under which you were convicted): Fredrick Brown | Respondent: (authorized person having custody of petitioner): Bill Stange |

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   Jefferson City Circuit Court of Missouri
   (b) Criminal docket or case number (if you know): 18JE-CR02781-01

2. (a) Date of the judgment of conviction (if you know): 2/11/2020
   (b) Date of sentencing: 2/11/2020, unlawful use of weapon, Prior/Per.

3. Length of sentence: Fifteen Years

4. In this case, were you convicted of more than one count or of more than one crime? ☐ Yes ☒ No

5. Identify all crimes which you were convicted and sentenced in this case:
   Ulawful Use Of A Weapon, and Prior and Persistant Offender.

6. (a) What was your plea? (Check one)
   ☒ (1) Not guilty      ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty          ☐ (4) Insanity plea

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

   (c) If you went to trial, what kind of trial did you have? (Check one)
   ☒ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing? ☒ Yes    ☐ No

8. Did you appeal from the judgment of conviction? ☒ Yes  ☐ No

9. If you did appeal, answer the following:

   (a) Name of court: <u>Eastern District Court of Appeals of Missouri.</u>

   (b) Docket or case number (if you know): <u>ED108761.</u>

   (c) Result: <u>Conviction Affirmed</u>

   (d) Date of result (if you know): <u>March 23, 2021</u>

   (e) Citation to the case (if you know): <u>State v. Brown, 619 S.W.3d 586</u>

   (f) Grounds raised: **(1) In his first point movant claims IAC on tri-al Counsel for telling the venire panel during voir dire that Movant had criminal history when he wasnt going to testify.**

   (g) Did you seek further review by a higher state court? ☐ Yes ☒ No

   If yes, answer the following:

   (1) Name of court: _____

   (2) Docket or case number (if you know): _____

   (3) Result: _____

   (4) Date of result (if you know): _____

   (5) Citation to the case (if you know): _____

   (6) Grounds raised:

   (h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☒ No

   If yes, answer the following:

   (1) Docket or case number (if you know): _____

   (2) Result: _____

   (3) Date of result (if you know): _____

   (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning the judgment of conviction in any state court? ☐ Yes ☒ No

11. If you answer to Question was "Yes," give the following information:

    (a)  (1) Name of court: <u>Jefferson County Circuit Court</u>

(2) Docket or case number (if you know): 21JE-CC00273

(3) Date of filing (if you know): April 13, 2021

(4) Nature of the proceeding: PCR

(5) Grounds raised: Appellant Counsel Katie Curry, was ineffective for failing to brief on appeal that the trial Court erred in failing to SustainD defendants Speedly tr-aal Request.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes   ☒ No

(7) Result: PCR Evidentiary Hearing granted/Denied

(8) Date of result (if you know): April 7, 2022

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: ED COA OF MISSOURI

(2) Docket or case number (if you know): ED 110617

(3) Date of filing (if you know): February 8, 2023

(4) Nature of the proceeding: Appeal from PCR denial

(5) Grounds raised: (1) Counsel Tole Voir Dire Movant was a co-nvicted felon even though he wasnt going to testify.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☒ Yes   ☐ No

(7) Result: Relief Denied from hearing.

(8) Date of result (if you know): 3/23/2021

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action on your petition, application, or motion?

    (1) First petition:    ☒ Yes    ☒ No

    (2) Second petition:    ☒ Yes    ☐ No

    (3) Third petition:    ☐ Yes    ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

__Relied on counsel_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Counsel advised voir dire that movant was convicted for felonies in his past. ~~Counsel advised client had a criminal past~~

(a) Supporting facts. Do not argue or cite law. Just state the specific facts that support your claim:

I never stated that I wanted to testify at trial but my attorney told voir dire that I was a convicted felon anyway. Just the exposure Prejudiced me and caused an unfair trial.

(b) If you did not exhaust your state remedies on Ground One, explain why:



(c) **Direct Appeal of Ground One:**  Same as above.

    (1) If you appealed from the judgment of conviction, did you raise the issue? ☒ Yes   ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why:

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: Supra 12(a)

Type of motion or petition: Post Conviction Relief Motion/Form 40

Name and location of the court where the motion or petition was filed:
Jefferson County Circuit Court.

Docket or case number (if you know): 21JE-CC00273

Date of court's decision: 3/23/2021

Result (attach a copy of the court's opinion or order, if available): 3/

(3) Did you receive a hearing on your motion or petition?   ☒ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Appeal from denial of PCR evidentiary and relief.

Docket or case number (if you know): ~~ED11287~~ ED 110617

Date of the court's decision: April 7, 2022

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

GROUND TWO: <u>IAC Counsels failure to object.</u>

(a) Supporting facts. Do not argue or cite law. Just state the specific facts that support your claim:

Trial counsel was ineffective for failing to object to the states questioning of Stephanie Johnson, which impermissibly asked her to opine on the veracity of the complaining witness' contrary tes-timony.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise the issue? ☒ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: PCR Motion/Form 40

Name and location of the court where the motion or petition was filed:
Jefferson County Circuit Court

Docket or case number (if you know): 21JE-CC00273

Date of court's decision: 4/07/2022

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☒ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: It was a claim presented to the court.

Name and location of the court where the appeal was filed: Eastern District Court of Appeals , State of Missouri.

Docket or case number (if you know): ED-110617.

Date of the court's decision: April 18, 2023.

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two:

**GROUND THREE:**

(a) Supporting facts. Do not argue or cite law. Just state the specific facts that support your claim:

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c) **Direct Appeal of Ground Three:** No

(1) If you appealed from the judgment of conviction, did you raise the issue? ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: Was not aware of the true law concerning the offense as charged until recently, wherein the original charge is not made from a good faith stand point or foundation, and is not supported by elements and facts of law.

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** _____

    (a) Supporting facts. Do not argue or cite law. Just state the specific facts that support your claim:

    (b) If you did not exhaust your state remedies on Ground Four, explain why:

    (c) **Direct Appeal of Ground Four:**

        (1) If you appealed from the judgment of conviction, did you raise the issue? ☐ Yes  ☒ No

        (2) If you did not raise this issue in your direct appeal, explain why: `Supra; graound three information.`

    (d) **Post-Conviction Proceedings:**

        (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☐ Yes  ☒ No

        (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

        (3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes  ☒ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: **As set forth in ground three.**

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: **Not aware of proper defense at time of PCR/appeal.**

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and

the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing

(b) At arraignment and plea:

(c) At trial:

(d) At sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:   Abe Copi/PCR appointed Counsel.

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes    ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C § 2244(d) does not bar your petition.*

*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

> (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of-
>
> > (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
> >
> > (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
> >
> > (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
> >
> > (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence
>
> (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the court grant the following relief or any other relief to which petitioner may be entitled:

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under the penalty of perjury that the foregoing is true and correct and that this petition for Writ of Habeas Corpus was placed in the prison mailing system on 9-26-23 (month, date, and year).

*Fred Brown*

Signature of Petitioner

Executed (signed) on: September 26th, 2023 (date)

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition:

*Sandie C. Redd*

SANDIE C. REDD
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES MAY 27, 2025
SCOTT COUNTY
COMMISSION #21329491