**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| FREDERICK BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:23-CV-178 SRW |
| ) | |
| BILL STANGE, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Memorandum and Order issued on this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the Petition of Frederick Brown for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner Frederick Brown's Petition is **DISMISSED, with prejudice**. Petitioner has not made a substantial showing of a denial of a constitutional right, and this Court will not issue a Certificate of Appealability. 28 § U.S.C. 2253(c)(2).

So Ordered this 23rd day of May, 2024.

_____
**STEPHEN R. WELBY**
**UNITED STATES MAGISTRATE JUDGE**